JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD L. OCHOA,<br><br>Plaintiff,<br><br>v.<br><br>ATASCADERO STATE HOSPITAL, et al.,<br><br>Defendants. | Case No. 2:18-cv-06092-MWF-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

DATED: May 30, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge